United States District Court
Southern District of Texas
FILED

MAY 2 3 2002

Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

LUIS MIGUEL ARRIETA,                  )
     PETITIONER,                      )
                                      )
v.                                    )
                                      )
HON. COLIN POWELL,                    )
     United States Secretary of State. )
         and                        )
                                      )
UNITED STATES OF AMERICA,             )
     RESPONDENTS.                     )
_____ )

C.A. B-02·106

## PETITION FOR WRIT OF HABEAS CORPUS
## AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Comes Luis Miguel Arrieta, ("Mr. Arrieta"), by and through the undersigned, and respectfully files the instant Petition for Writ of Habeas Corpus, and Complaint for Declaratory and Injunctive Relief, and in support of same, shows as follows:

### I.   JURISDICTION AND VENUE

1.   Jurisdiction over the case at bar is laid under 28 U.S.C. §§2241 (habeas corpus); 1331 (federal question), 1346(a)(2) (actions against officers of the United States, and 2201 et seq. (The Declaratory Judgment Act).

2.   Petitioner's application for a United States Passport, which is the subject of the instant action, was made at the U.S. Post Office in Brownsville, Texas, where Petitioner resides, and within the jurisdiction of the Court.

3.   Respondents have denied Petitioner's application for a passport, thereby imposing significant restraints on Petitioner's liberty which are not shared by the populace at large, and constitutes custody for purposes of 28 U.S.C. §2241.

## II. THE PARTIES

4. Petitioner Luis Miguel Arrieta, is a United States Citizen, who was born in Levelland, Texas, and resides in Brownsville, Texas.

5. Respondent Colin Powell is the duly appointed Secretary of State of the United States, and is sued in his official capacity only. The United States of America is also a named respondent.

## III. THE FACTS

6. Petitioner was born in Levelland, Texas, on January 31, 1984, while his parents, both Mexican nationals, were on a business trip. The midwife who delivered him registered his birth on February 23, 1984. However, because his parents planned to raise him in Mexico, his father called a doctor friend in Mexico, who, for a "tip," registered his birth as having occurred in Guadalajara, Mexico. He was subsequently also baptized in Mexico, as having been born there. (Petitioner's Exhibit A, herein incorporated by reference).

7. In 1992 and 1993, through his parents, Petitioner attempted to obtain a United States Passport. Because contradictory information had been received from the INS regarding his birth, (to wit, his Mexican birth and baptismal certificates), that application was denied. (Petitioner's Exhibit B, herein incorporated by reference).

8. Subsequently, Petitioner applied for a duplicate birth certificate from the State of Texas, which application was denied, for the same reasons. He invoked his right to a hearing, which hearing was conducted on November 6, 2001. At that hearing, he submitted various forms of documentary evidence, showing his parents' presence in Texas in the period just prior to his birth, and also presented the testimony of the midwife who delivered him, his parents, and his older sister. On the basis of the evidence presented, the hearing officer concluded that he had adequately explained the contradictory evidence, and found that he was born in

2

Texas, and entitled to a Texas birth certificate. (Exhibit A).

9.    Thereafter, Petitioner again applied for a passport. Said application was denied on the basis of the information provided by INS in 1992-1993. He sought reconsideration, citing the decision of the Texas Hearing Examiner, and 28 U.S.C. §1739. However, Respondents still denied the application, demanding additional evidence, and without addressing the fact that the results of the administrative hearing in Texas are entitled to "full faith and credit" from the United States Government. (Exhibit B).

10. As a result of this denial, Petitioner was forced to cancel a proposed trip to Central America this summer with his family, and is unable to exercise his fundamental, constitutionally protected right as a United States citizen to engage in international travel.

### IV.    PRAYER FOR RELIEF

WHEREFORE, it is respectfully requested that this Court grant the requested writ, issue a Declaratory Judgment, declaring Petitioner to be a U.S. citizen, and a permanent injunction, restraining and enjoining Respondents from not issuing the requested passport. It is also requested that the Court require Respondents to pay Petitioner's costs, and reasonable attorneys fees, and grant such other and further relief as the Court may consider appropriate.

Respectfully Submitted,

Lisa S. Brodyaga
Attorney at Law
17891 Landrum Park Road                    Federal Id:  1178
San Benito, TX 78586                       Texas State Bar: 03052800
(956) 421-3226
(956) 421-3423 (fax)

3

## VERIFICATION

I, Mario Arrieta, certify under penalty of perjury that I am the
father of the Petitioner, and that the above-stated facts are true
and correct to the best of my knowledge and belief.

## CERTIFICATE OF COUNSEL

I, Lisa S. Brodyaga, hereby certify that I am familiar with the
procedural history of the case as stated above, and that it is true
and correct to the best of my knowledge and belief.

## CERTIFICATE OF SERVICE

I certify that a courtesy copy of the foregoing, with Exhibits, was
personally delivered to the office of Nancy Masso, AUSA, 600 E.
Harrison, Brownsville, Texas, this 23rd day of May, 2002.

4

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LUIS MIGUEL ARRIETA,                        )
    PETITIONER,                         )
                                        )
v.                                          )      C.A. B-02·106 ⁻
                                        )
HON. COLIN POWELL,                          )
    United States Secretary of State.   )
        and                         )
                                        )
UNITED STATES OF AMERICA,                   )
    RESPONDENTS.                        )
_____)

EXHIBIT "A" IN SUPPORT OF

PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF



# TDH
TEXAS DEPARTMENT OF HEALTH

# Texas Department of Health
## Office of General Counsel

Eduardo J. Sanchez, M.D., M.P.H.
Commissioner of Health

Gary R. Bego
Chief Operating Officer

Charles E. Bell, M.D.
Executive Deputy Commissioner

*http://www.tdh.state.tx.us*

1100 West 49th Street
Austin, Texas 78756-3199
Telephone (512) 458-7236
Facsimile (512) 458-7751

Susan K. Steeg
General Counsel

George D. Cato
Deputy General Counsel

Linda S. Wiegman
Deputy General Counsel

November 12, 2001

Ms. Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586

First Class Mail

Mr. Marc Allen Connelly, Attorney
Office of General Counsel
1100 West 49th Street
Austin, TX 78756-3199

Departmental Mail

Re:   **Fair Hearing Decision – LUIS MIGUEL ARRIETA -** *Docket No. A2496-550-2001*

Dear Parties:

Enclosed is a copy of the Order with Findings of Fact and Conclusions of Law regarding the case noted.

Sincerely,

Dan Meador
Hearing Examiner

### Certificate of Service

This is to certify that a true and correct copy of the foregoing instrument has been sent by U.S. Mail or TDH Departmental Mail as indicated to all parties on this the 12th day of November 2001.

Dan Meador, Hearing Examiner

*OGC/IM/DOC 72741*

*An Equal Opportunity Employer*

## DOCKET NO. A2496-550-2001

| | | |
|---|---|---|
| **IN THE MATTER OF THE REFUSAL** | § | **BEFORE THE TEXAS** |
| **OF THE STATE REGISTRAR TO ISSUE** | § | **DEPARTMENT OF HEALTH** |
| **A CERTIFIED COPY OF TEXAS** | § | **AUSTIN, TEXAS** |
| **CERTIFICATE OF BIRTH NO. 021517-84** | § | |
| **LUIS MIGUEL ARRIETA** | § | |

## ORDER

The undersigned designee of the Executive Deputy Commissioner, having considered the evidence received in this matter is of the opinion that the State Registrar should issue a certified copy of the birth record of Luis Miguel Arrieta, Texas Certificate of Birth No. 021517-84, as the conflicting information received by the State Registrar concerning that certificate was not supported by a preponderance of the evidence, and **IT IS SO ORDERED.**

Findings of Fact and Conclusions of Law are appended hereto and incorporated herein.

Done at Austin, Travis County, Texas on this the 12th day of November, 2001.

Dan Meador
Hearing Examiner
Texas Department of Health

## STATEMENT OF THE CASE

The State Registrar denied issuance of a certified copy of the birth record of Luis Miguel Arrieta to his father, Mario Arrieta, due to certain information provided to the Bureau of Vital Statistics indicating the record was false. Mr. Mario Arrieta, through his attorney, Ms. Lisa S. Brodyaga, filed an appeal and a hearing was scheduled.

The hearing was held November 6, 2001, in Austin, Texas. Mr. Arrieta appeared with his attorney. Attorney Marc Allen Connelly appeared on behalf of the Bureau of Vital Statistics. The hearing included the receipt of documents from both parties and the testimony of Mr. Arrieta and three other witnesses. The record was closed on November 9, 2001.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

### Luis Miguel Arrieta
### Texas Certificate of Birth No. 021517-84
### Docket No. A2496-550-2001

## FINDING OF FACT NO. 1:

Texas Certificate of Birth No.021517-84 records the birth of Luis Miguel Arrieta as having occurred on January 31, 1984, in Levelland, Texas.

## FINDING OF FACT NO. 2:

V.T.C.A. Health and Safety Code §192.033 authorizes the State Registrar, in his discretion, to attach an addendum to a birth record upon receipt of information contradicting the information shown in the birth record.

## FINDING OF FACT NO. 3:

The State Registrar received documents from the Immigration and Naturalization Service which indicated to the State Registrar that Luis Miguel Arrieta's birth information was false.

## FINDING OF FACT NO. 4:

On December 9, 1993, the State Registrar attached an addendum to Certificate of Birth 021517-84.

### CONCLUSION OF LAW NO. 1:

The State Registrar acted within his authority in attaching an addendum to the Certificate of Birth of Luis Miguel Arrieta.

**FINDING OF FACT NO. 5:**

V.T.C.A., Health and Safety Code,, 191.057 authorizes the State Registrar to refuse to issue a certified copy of a birth record to which an addendum has been attached, provided the applicant for the birth record is notified and given an opportunity for a hearing regarding such refusal.

**FINDING OF FACT NO. 6:**

An application was made for a certified copy of Certificate of Birth 021517-84. The State Registrar refused the application by a letter dated August 28, 2000, with the following reason given for refusal:

> Among documents received from Immigration & Naturalization Service are a baptismal record and a Mexican Birth Record which states the individual was born in Guadalajara, Jalisco, Mexico.

**FINDING OF FACT NO. 7:**

The notification of refusal was accompanied by an offer of an opportunity for a hearing to determine whether there was evidence to support the refusal.   Ms. Lisa Brodyaga, attorney, requested a hearing on behalf of Mr. Mario Arrieta, father of Luis Miguel Arrieta.

> **CONCLUSION OF LAW NO. 2:**
>
> The State Registrar exercised permissible discretion by refusing to issue the requested certified copy of a birth certificate.

**FINDING OF FACT NO. 8:**

The evidence submitted by the Bureau of Vital Statistics consisted of the Mexican Birth Record and the baptismal record.  The Mexican Birth Record indicated Luis Miguel Arrieta was born on January 31, 1984, in Guadalajara, Jalisco, Mexico.  The birth was registered on February 6, 1984.  The Texas Birth Certificate was not filed until February 23, 1984.

The baptismal record referred to the Mexican Birth Record by page and volume number and had noted the birth as having occurred in Guadalara.

**FINDING OF FACT NO. 9:**

Ms. Antonia Chacon testified that in 1984 she was a midwife in Levelland, Texas.  Ms. Teresa Aguilar Arrieta was referred to her by a local resident, after Ms. Arrieta began feeling discomfort.  Ms. Arrieta and Ms. Chacon were having tea when Ms. Arrieta started

having labor pains.  Ms. Chacon delivered the baby on January 31, 1984.  She was keeping a diary in which she recorded various matters, including the births she attended.  On the page for January 31, 1984, she wrote:

> Today Tuesday Jan 31, 1984 New Baby Boy
> Baby name Luis Miguel Arrieta Born at 2:35 pm
> At 1815  Ave I place Levelland, Texas, 79336
> Father's name Mario Arrieta Born in Mexico age 46
> Mother Name Teresa Aguila Born Mexico age 34
> Two Children before this one

**FINDING OF FACT NO. 10:**

Ms. Teresa Aguilar Arrieta testified that she was traveling with her husband who was investigating the trade in agricultural implements.  Her description of the circumstances of the birth was essentially the same as that of Ms. Chacon.  Her husband later came for her and the baby and they eventually returned to Mexico.  While traveling home they decided that even though they owned property and did business in Texas, they were "Mexicans first", so they would register the birth in Mexico.

**FINDING OF FACT NO. 11:**

Mr. Mario Arrieta testified that he arranged through a doctor for the registration of the birth in Mexico, paying a "tip" afterward for the service.  They did not inform the priest of the error in the baptismal record.

**FINDING OF FACT NO. 12:**

Mr. and Mrs. Arrieta testified that they had left their daughters behind in Mexico during their trip.  Mariana Arrieta, Luis Miguel Arrieta's older sister, was ten years old at the time of his birth.  She testified that she remembered her mother being pregnant and leaving on a trip.  Mariana stayed with her grandparents and with another lady.  When her parents returned her mother was carrying Miguel "who looked like a doll."

**FINDING OF FACT NO. 13:**

The testimony of the Arrietas and Ms. Chacon was consistent and detailed.  It supported the accuracy of the Texas Birth Certificate filed by Ms. Chacon.

**CONCLUSION OF LAW NO. 3:**

The facts set forth in Texas Certificate of Birth No.021517-84 recording the birth of Luis Miguel Arrieta are supported by the testimony of Mr. and Mrs. Arrieta, their

daughter Mariana, the midwife Ms. Chacon, and various documents submitted. The existence of the contradictory information was adequately explained. Although there is evidence contradicting the facts set forth in Texas Certificate of Birth No. 021517-84, I do not find that evidence to be sufficiently persuasive to support a continued denial of the issuance of a copy of the birth record of Luis Miguel Arrieta.

## CONCLUSION OF LAW NO. 4:

All findings are by a preponderance of the evidence and matters judicially noticed.

OGC/IM/DOC#72721

28 U.S.C. §1739. State and Territorial nonjudicial records; full faith and credit

All nonjudicial records or books kept in any public office of any State, Territory, or Possession of the United States, or copies thereof, shall be proved or admitted in any court or office in any other State, Territory, or Possession by the attestation of the custodian of such records or books, and the seal of his office annexed, if there be a seal, together with a certificate of a judge of a court of record of the county, parish, or district in which such office may be kept, or of the Governor, or secretary of state, the chancellor or keeper of the great seal, of the State, Territory, or Possession that the said attestation is in due form and by the proper officers.

If the certificate is given by a judge, it shall be further authenticated by the clerk or prothonotary of the court, who shall certify, under his hand and the seal of his office, that such judge is duly commissioned and qualified; or, if given by such Governor, secretary, chancellor, or keeper of the great seal, it shall be under the great seal of the State, Territory, or Possession in which it is made.

Such records of books, or copies thereof, so authenticated, shall have the same full faith and credit in every court and office within the United States and its Territories and Possessions as they have by law or usage in the courts or offices of the State, Territory, or Possession from which they are taken.

(June 25, 1948, ch. 646, 62 Stat. 947.)

### HISTORICAL AND REVISION NOTES

Based on title 28, U.S.C.  1940 ed., Sec. 688 (R.S. Sec. 906).

Words "Possession of the United States" were substituted for "or any country subject to the jurisdiction of the United States."

Words "or copies thereof" were added in two places. Copies have always been used to prove records and books under section 688 of title 28, U.S.C.  1940 ed., and the addition of these words clarifies the former implied meaning of such section.

In the first paragraph of the revised section words "a judge of a court of record" were substituted for words "the presiding justice of the court" and in the second paragraph "judge" was substituted for "presiding justice" for convenience and without change of substance.

Words "and its Territories and Possessions" were added after

# LAW OFFICES OF LISA S. BRODYAGA
## 17891 Landrum Park Rd.
### San Benito, Texas 78586
### (956) 421-3226
### FAX: 421-3423
November 16, 2001

INS
2102 Teege
Harlingen, TX 78550

Re: Luis Miguel Arrieta
    A72 810 406

Gentlepersons:

On November 6, 2001, a hearing was held in Austin, Texas, with
respect to the citizenship of Luis Miguel Arrieta. As you will see
from the enclosed, the Hearing Officer concluded that he was born
in Levelland, Texas, and is therefore a United States citizen.

It would therefore be greatly appreciated if you would reflect this
fact in your various databases, so that he not experience any
problems, for example, in crossing the border, on the grounds that
you at one point questioned his claim to U.S. citizenship.

Sincerely,

Lisa S. Brodyaga,
Attorney at Law

Encl/  As stated.

# TDH

## Texas Department of Health

| | | |
|---|---|---|
| Eduardo J. Sanchez, M.D., M.P.H.<br>Commissioner of Health | 1100 West 49th Street<br>Austin, Texas 78756-3199<br>1-888-963-7111<br>Bureau of Vital Statistics<br>512-458-7111 | Gary R. Bego<br>Chief Operating Officer<br><br>Charles E. Bell, M.D.<br>Executive Deputy Commissioner |

January 24, 2002

LISA A BRODYAGA
17891 LANDRUM PARK ROAD
SAN BENITO TX 78586

                    RE:   LUIS MIGUEL ARRIETA
                          Born 01/13/1984
                          HOCKLEY COUNTY
                    Cert # 021517
                    Req. # N054733 01/24/2002 $0.00

Dear Customer:

We have received your application regarding the record identified above.

Enclosed is a certification of the record as presently on file in our office.

My phone number and email address are listed below my name if you need any further assistance. Please do not hesitate to contact me.

Sincerely,

Sarah White
Manager
Bureau of Vital Statistics
Phone: (512)458-7111 Ext. 2544
Email: Sarah.white@tdh.state.tx.us



# STATE OF TEXAS
### CERTIFICATION OF VITAL RECORD

## TEXAS DEPARTMENT OF HEALTH
### BUREAU OF VITAL STATISTICS



TEXAS DEPARTMENT OF HEALTH
REC'D MAR 15 1984
BUREAU OF VITAL STATISTICS

2250-110-01-2

04 0-01

142-84-021517

**STATE OF TEXAS**     **CERTIFICATE OF BIRTH**     BIRTH NO

| CHILD | 1 NAME (Type or print) | (a) First: Luis | (b) Middle: Miguel | (c) Last: Arrieta | 2 DATE OF BIRTH: 1-31-84 |
|---|---|---|---|---|---|

| 3. SEX | 4a. PLACE OF BIRTH — COUNTY | 4b. CITY OR TOWN (If outside city limits, give precinct no.) |
|---|---|---|
| Male | Hockley | Levelland |

| 4c. NAME OF HOSPITAL (If not in hospital, give street address) | 4d INSIDE CITY LIMITS?: yes | 5a THIS BIRTH-SINGLE, TWIN, TRIPLET, ETC (Specify): Single | 5b IF TWIN OR TRIPLET, WAS CHILD BORN 1st, 2nd, 3rd (Specify): -- |
|---|---|---|---|
| 1815 Ave I Place | | | |

| FATHER | 6 NAME | (a) First: Mario | (b) Middle: NMN | (c) Last: Arrieta |
|---|---|---|---|---|

| 7 RACE: Mex. Am | 8a. IS FATHER OF SPANISH ORIGIN?: Yes | 8b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC: Mexican |
|---|---|---|

| 9 AGE (At time of this birth): 46 | 10 BIRTHPLACE (State or foreign country): Mexico | 11a. USUAL OCCUPATION: Farm Labor | 11b KIND OF BUSINESS OR INDUSTRY: Farm |
|---|---|---|---|

| 12 MAIDEN NAME | (a) First: Teresa | (b) Middle: NMN | (c) Last: Aguila |
|---|---|---|---|

| 13 RACE: Mex. Am | 14a. IS MOTHER OF SPANISH ORIGIN?: Yes | 14b IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC: Mexican |
|---|---|---|

| MOTHER | 15 AGE (At time of this birth): 34 | 16 BIRTHPLACE (State or foreign country): Mexico | 17a USUAL OCCUPATION: House wife | 17b KIND OF BUSINESS OR INDUSTRY: Home |
|---|---|---|---|---|

| 18a. RESIDENCE — STATE: Texas | 18b. COUNTY: Cochran | 18c CITY OR TOWN (If outside city limits, show rural): Morton | ZIP CODE: 79346 | 18d STREET ADDRESS (If rural, give location): General Delivery Morton | 18e INSIDE CITY LIMITS?: yes |
|---|---|---|---|---|---|

| 19 Children previously born to this mother (Do NOT include this birth): | a. How many other children are now living?: | b. How many other children were born alive but are now dead?: 0 | c How many children were born dead after 20 weeks pregnancy?: 0 | 20. INFORMANT: Teresa Aguila Arrieta |
|---|---|---|---|---|

| 21 I hereby certify that this child was born alive on the date stated above at 2:35 P.M. | 22a. ATTENDANT'S SIGNATURE: *(signature)* | 22b ATTENDANT AT BIRTH M.D., D.O., C.N.M., MIDWIFE, OTHER (Specify): midwife |
|---|---|---|
| | 22c ATTENDANT'S ADDRESS: 1815 Ave I Place Levelland | 22d DATE SIGNED: 2-23-84 |

| 23a. REGISTRAR'S FILE NO.: 022 | 23b DATE REC'D BY LOCAL REGISTRAR: 2-23-84 | 23c. SIGNATURE OF LOCAL REGISTRAR: *(signature)* |
|---|---|---|

K099792



This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED    JAN 2 4 2002

*(signature)* Debra F. Owens
DEBRA F. OWENS
STATE REGISTRAR



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LUIS MIGUEL ARRIETA,                    )
     PETITIONER,                       )
                                        )
v.                                      )       C.A. B-02·106
                                        )
HON. COLIN POWELL,                      )
     United States Secretary of State. )
          and                     )
                                        )
UNITED STATES OF AMERICA,               )
     RESPONDENTS.                      )
_____)

EXHIBIT "B" IN SUPPORT OF

PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF



**United States Department of State**
**Houston Passport Agency**
*1919 Smith Street, Suite 1400*
*Houston, TX 77002*
*1-900-225-5674*
April 10, 2002

Luis Miguel Arrieta Aguila
1105 Tesoro Street
Rancho Viejo, TX 78575

Dear Mr. Arrieta Aguila:

The records of this office indicate that on December 26, 2001 you executed an application for a passport at the Brownsville, Texas Main Post Office. As proof of your U.S. citizenship you submitted a Texas birth certificate which states that you were born on January 31, 1984 in Levelland, Texas. A midwife, Antonia Chacon, filed the birth certificate on February 23, 1984.

On July 9, 1993 your parents appeared at the Houston Passport Agency to discuss a previously issued limited validity U.S. passport issued to you. Due to your non-institutional birth, your parents were informed that your passport would not be extended until they were able to prove your mother's physical presence in the United States prior to your birth. At the time your limited passport was issued in 1992, the U.S. Department of State requested a search for a possible birth registration in Mexico. Mexican birth registration #57450, recorded in Vol. 93, certificate #551 filed by your father, Mario Luis Arriata Lopez on February 6, 1984 was located in Guadalajara stating Luis Miguel Arrieta Aguila was born on January 31, 1984 in Guadalajara, Jalisco, Mexico. Also located was a baptismal certificate issued at Maria Madre de la Iglesia stating your date and place of birth as January 31, 1984 in Guadalajara, Jalisco, Mexico, marginal notes on record "Registro Civil Guadalajara, Jalisco, Lib. 93 acta 551 Foja 10". As we are not the conservators of the original information, we suggest that you directly contact the U. S. Immigration and Naturalization Service should you wish to dispute the basis of this decision.

Due to the above information, as well as the lack of conclusive secondary evidence corroborating your birth in the United States, the Houston Passport Agency has no recourse, but to deny your application. We regret that we are unable to comply with your request for a U.S. passport because your citizenship has not been satisfactorily established for passport purposes. The local office of the Immigration and Naturalization Service may be able to assist you by providing information about other travel documents or procedures for possible naturalization as a United States citizen. Once you acquire United States citizenship, you may execute another application for a United States passport.

Sincerely,

Joyce Gunn
Regional Director

To Customer: If you have any questions regarding this letter or your passport application, contact the National Passport Information Center at 900-225-5674 (TDD: 900-225-7778), or 888-362-8668 (TDD: 888-498-3648) with a major credit card. Customer Service Representatives are available Monday – Friday, 8:30 a.m. to 5:30 p.m., ET, excluding Federal holidays. Also, for a wealth of passport and travel information, including where to apply, visit us at http://travel.state.gov.

Enclosure(s): School records

# LAW OFFICES OF LISA S. BRODYAGA
## 17891 Landrum Park Rd.
## San Benito, Texas 78586
## (956) 421-3226
April 22, 2002

United States Department of State
Houston Passport Agency
1919 Smith Street, Suite 1400
Houston, Texas 77002

Re: Luis Miguel Arrieta Aguila
    DOB: January 31, 1984
    POB: Levelland, Texas

Gentlepersons:

We are in receipt of your letter, dated April 10, 2002, denying Mr.
Arrieta's application for a passport, and would request
reconsideration of same.

Apparently, your office did not notice that the birth certificate
presented in support of the recent passport application was just
issued by the State of Texas on January 24, 2002. This is because
we successfully litigated the question of Mr. Arrieta's birth with
the Texas Department of Health. An evidentiary hearing was
conducted on November 6, 2001, and a written decision issued on
November 12, 2001. (See, copies, attached hereto). Said decision
concluded that Mr. Arrieta was, indeed, born in Texas. For this
reason, a new copy of his birth certificate was issued. It is my
understanding that this decision is final, and that there is no
longer any question as to Mr. Arrieta's citizenship.

Mr. Arrieta and his parents are planning a trip to Guatemala on or
about June 1, 2002. It would therefore be greatly appreciated if
you would reconsider the denial, and promptly issue the requested
passport. Please feel free to call if you have any questions.

Sincerely,

Lisa S. Brodyaga
Attorney at Law

Encl/ as stated.



**United States Department of State**
**Houston Passport Agency**
*1919 Smith Street, Suite 1400*
*Houston, TX 77002*
*1-900-225-5674*
May 17, 2002

Lisa S. Brodyaga, Attorney-at-Law
17891 Landrum Park Rd.
San Benito, TX 78586

Re: Luis Miguel Arrieta Aguila  January 31, 1984 Levelland, Texas

Dear Ms. Brodyaga:

We are in receipt of your letter dated April 22, 2002 advising us of the fair hearing decision conducted by the Texas Department of Health in regards to your client's, Mr. Luis Miguel Arrieta Aguila, Texas birth certificate. The submission of this information without the documentation that we requested from Mr. Arrieta Aguila's parents in July 1993 does not change our previous decision to deny issuance of a U.S. passport to him. As stated in our previous letter, Mr. Arrieta Aguila's limited U.S. passport was not extended in July 1993 due to the lack of proof of his mother's physical presence in the United States immediately prior to his birth. Also, your client's Mexican birth certificate, which states his father registered the birth, contradicts the father's hearing testimony that he sent money from Texas to a doctor who filed the Mexican birth record.

Passport Regulations in 22 C.F.R. 51.40 states that the applicant has the burden of proving he/she is eligible for a passport and 22 C.F.R. 51.54 provides that the Department of State is not prohibited from requiring the passport applicant to submit other evidence deemed necessary to establish his/her U.S. citizenship or nationality. We regret that we are unable to comply with your request for a U.S. passport because your client's citizenship has not been satisfactorily established for passport purposes.

Sincerely,

Eric C. Botts
Acting Regional Director

ECB:ss

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

_Southern_ **DISTRICT OF** _Texas_

_Luis Miguel Avrieta_

         v.

_Hon Colin L. Powell,_
_US Secretary of State, and_

_The United States of America_

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: B-02·106

TO: (Name and Address of Defendant)

_US Attorney_
_PO Box 61129_
_Houston, Texas  77208_

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

**CLERK**

_5-23-02_

**DATE**

**BY DEPUTY CLERK**

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

_Southern_ _____ DISTRICT OF _____ _Texas_

Luis Miguel Arrieta

**SUMMONS IN A CIVIL ACTION**

v.

CASE NUMBER: **B-02·106**

Hon. Colin L. Powell, US Secretary of State, and
The United States of America.

TO: (Name and Address of Defendant)

Hon. Colin L. Powell
US Dept. of State
2201 C st NW
Washington, DC 20520

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

an answer to the complaint which is herewith served upon you, within _____ 60 _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK

BY DEPUTY CLERK

5-23-02

DATE

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

Southern **DISTRICT OF** Texas

Luis Miguel Arrieta

v.

Hon Colin L. Powell,
US Secretary of State, and

The United States of America

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: B-02·106

**TO:** (Name and Address of Defendant)

John Ashcroft, US Attorney General
950 Pennsylvania Ave NW  #5111
Washington, DC  20530-0001

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

an answer to the complaint which is herewith served upon you, within _____ 60 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk                                    5-23-02

CLERK                                                            DATE

BY DEPUTY CLERK