③

AO 440 (Rev. 1/88) Summons in a Civil Action

*Colin Powell*

**RETURN OF SERVICE** *CAB-02-106*

| Service of the Summons and Complaint was made by me[1] | DATE  6/11/02 |
|---|---|
| NAME OF SERVER (PRINT)  Lisa Brodyaga | TITLE  Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served : _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

☐ Other (specify): *Certified RRR*

JUL 0 8 2002

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/24/02
_____
Date

_____
Signature of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

Address of Server

---

**SENDER:**
■ Complete items 1 and/or 2 for additional services.
■ Complete items 3, 4a, and 4b.
■ Print your name and address on the reverse of this form so that we can return this
card to you.
■ Attach this form to the front of the mailpiece, or on the back if space does not
permit.
■ Write "Return Receipt Requested" on the mailpiece below the article number.
■ The Return Receipt will show to whom the article was delivered and the date
delivered.

I also wish to receive the
following services (for an
extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Hon. Colin Powell,
US Dept State
2201  C  St NW
Wash. DC 20520

| 4a. Article Number  P318 343 739 |
|---|
| 4b. Service Type |
| ☐ Registered          ☒ Certified |
| ☐ Express Mail        ☐ Insured |
| ☐ Return Receipt for Merchandise  ☐ COD |
| 7. Date of Delivery  6-11-02 |

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X _____

8. Addressee's Address (Only if requested
and fee is paid)

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

PS Form **3811**, December 1994        102595-97-B-0179        **Domestic Return Receipt**

MICHAEL N. MILBY, CLERK
02 JUL -8 PM 4:39
U.S. DISTRICT CLERK
SOUTHERN DISTRICT OF TEXAS
FILED