

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LUIS MIGUEL ARRIETA,<br>Petitioner, | *<br>*<br>* | |
| v. | * | CIVIL ACTION NO. B-02-106 |
| | * | |
| HON. COLIN POWELL,<br>United States Secretary<br>of State, and the UNITED STATES OF<br>AMERICA,<br>Respondents. | *<br>*<br>*<br>*<br>* | |

### RESPONDENTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

TO THE HONORABLE JUDGE OF SAID COURT:

Respondents herein, Colin Powell, the Secretary of State for the United States of America, and the United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, move this Court for an enlargement of time for which to file their answer or otherwise plead in this cause. In support of this motion, Respondents submit that the Respondents are aggressively gathering files and information from offices in Houston, Texas and Washington, D. C. in order to prepare its response to the allegations herein. Unfortunately, it is not anticipated that this process will be completed by the response due date of July 28, 2002. Therefore, Respondents ask that they be provided an additional thirty (30) days in which to respond to the allegations herein.

### STATEMENT OF CONSULTATION

On July 23, 2002, Petitioner's attorney of record, Lisa Brodyaga, advised that she did not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Respondents pray that this Court grant their motion for an enlargement of time and issue an order allowing them until August 27, 2002, to file their answer or otherwise plead to the allegations of the Petitioner.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:  (956) 548-2554/Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the true and foregoing Respondents' Second Unopposed Motion for Enlargement of Time to Answer or Otherwise Plead was mailed via certified mail, return receipt requested to Ms. Lisa Brodyaga, Attorney at Law, 17891 Landrum Park, San Benito, TX 78586 on this the 23/ day of July, 2002.

NANCY L. MASSO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS MIGUEL ARRIETA,<br>  Petitioner, | *<br>*<br>* |
| v. | * CIVIL ACTION NO. B-02-106<br>* |
| HON. COLIN POWELL,<br>United States Secretary<br>of State, and the UNITED STATES OF<br>AMERICA,<br>  Respondents. | *<br>*<br>*<br>*<br>*<br>* |

### ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS RESPONSE OR OTHERWISE PLEAD

CAME ON to be heard the Respondent' unopposed motion for enlargement of time to file its response or otherwise plead and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the government's response be filed on _____August 27_____, 2002.

DONE on this the ___ day of _____, 2002 in Brownsville, Texas.

_____
John Wm. Black
United States Magistrate Judge