IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LUIS MIGUEL ARRIETA,<br>Petitioner,<br><br>v.<br><br>HON. COLIN POWELL,<br>United States Secretary<br>of State, and the UNITED STATES OF<br>AMERICA,<br>Respondents. | *<br>*<br>*<br>*  CIVIL ACTION NO. B-02-106<br>*<br>*<br>*<br>*<br>*<br>* |

### ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION
### FOR ENLARGEMENT OF TIME TO FILE ITS RESPONSE OR OTHERWISE PLEAD

CAME ON to be heard the Respondent' unopposed motion for enlargement of time *(DOCKET NO. 6)* to file its response or otherwise plead and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the government's response be filed on

_August 27_, 2002.

DONE on this the _12_ day of _AUGUST_, 2002 in Brownsville, Texas.

John Wm. Black
United States Magistrate Judge