8

United States District Court
Southern District of Texas
FILED

AUG 28 2002

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| LUIS MIGUEL ARRIETA, Petitioner, | * * * | |
| v. | * | CIVIL ACTION NO. B-02-106 |
| HON. COLIN POWELL, United States Secretary of State, and the UNITED STATES OF AMERICA, Respondents. | * * * * * * | |

**RESPONDENTS' UNOPPOSED SECOND MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

TO THE HONORABLE JUDGE OF SAID COURT:

Respondents herein, Colin Powell, the Secretary of State for the United States of America, and the United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, move this Court for an enlargement of time for which to file their answer or otherwise plead in this cause. In support of this second motion, Respondents submit that the Respondents are aggressively gathering files and information from offices in Houston, Texas and Washington, D. C. in order to prepare its response to the allegations herein. Since the respondents' initial motion for enlargement of time, the undersigned has, unfortunately, not been able to gather all the necessary files. Therefore, Respondents ask that they be provided an additional extension until September 4, 2002 in which to respond to the allegations herein.

**STATEMENT OF CONSULTATION**

On August 28, 2002, Petitioner's attorney of record, Lisa Brodyaga, advised that she did not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Respondents pray that this Court grant their second motion for an enlargement of time and issue an order allowing them until September 4, 2002, to file their answer or otherwise plead to the allegations of the Petitioner.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554/Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing Respondents' Second Unopposed Motion for Enlargement of Time to Answer or Otherwise Plead was mailed via certified mail, return receipt requested to Ms. Lisa Brodyaga, Attorney at Law, 17891 Landrum Park, San Benito, TX 78586 on this the ___ day of August, 2002.

NANCY L. MASSO
Assistant United States Attorney