IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LUIS MIGUEL ARRIETA, <br> Petitioner, | * <br> * <br> * |
| v. | * CIVIL ACTION NO. B-02-106 <br> * |
| HON. COLIN POWELL, <br> United States Secretary <br> of State, and the UNITED STATES OF <br> AMERICA, <br> Respondents. | * <br> * <br> * <br> * <br> * <br> * |

### ORDER GRANTING RESPONDENTS' UNOPPOSED SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE ITS RESPONSE OR OTHERWISE PLEAD

CAME ON to be heard the Respondent' unopposed second motion for enlargement of time to file its response or otherwise plead and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the government's response be filed on September 4, 2002.

DONE on this the 6th day of SEPTEMBER 2002 in Brownsville, Texas.

John Wm. Black
United States Magistrate Judge