IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 0 4 2002
Michael N. Milby
Clerk of Court

LUIS MIGUEL ARRIETA,
   Petitioner,

v.                                                             CIVIL ACTION NO. B-02-106

COLIN POWELL, United States Secretary
of State, and the UNITED STATES OF
AMERICA,
   Respondents.

## RESPONDENTS' ANSWER TO PLAINTIFF'S PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

TO THE HONORABLE JUDGE OF SAID COURT:

Respondents herein, Colin Powell, the Secretary of State for the United States of America, and the United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of files this its answer to Petitioner's "Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief," and respectfully shows unto the Court as follows:

### I. Jurisdiction and Venue

1. Deny. Petitioner has failed to assert a claim pursuant to 8 U.S.C. 1503(a) which provides that a person within the United States who has claimed a right or privilege as a national and has been denied that right or privilege can institute an action under 28 U.S.C. 2201 for a declaratory judgment declaring him a national. Since 8 U.S.C. 1503 provides for specific jurisdiction, there is no additional grant of general jurisdiction under any other jurisdictional statute. See, *Califano v. Sanders*, 430 U.S. 99 (1977).

2. Admit.

3. Deny. Petitioner has not stated what liberty he does not share with the populace at large and has therefore not provided sufficient information on which to base an answer. Respondents further deny that Plaintiff is being held in custody.

### II. The Parties

4. Respondents lack information and knowledge from which to provide a response; therefore the allegation of this paragraph is denied. Petitioner has not proven

that he is a United States citizen.

5.  Admit.

### III. Facts

6.  Respondents lack information and knowledge from which to provide a response; therefore the allegations contained in this paragraph are denied.

7.  Admit.

8.  Admit that Petitioner applied for and received a Texas birth certificate. Respondents lack information and knowledge from which to provide a response to the remaining allegations of this paragraph; therefore all remaining allegations contained in this paragraph are denied.

9.  Respondents admit that Petitioner applied for a passport in 2001. Respondents also admit that the application was denied because Petitioner failed to submit additional information regarding the circumstances of his birth. The remaining allegations contained in this paragraph are arguments of counsel for which no response is required; to the extent that a response may be required, all remaining allegations in this paragraph are denied.

10. The allegations contained in this paragraph contain both factual and legal argument assertions. With regard to the factual assertions, Respondents lack information and knowledge from which to provide a response regarding what the Petitioner's travel plans or intents were at the time of the denial. With regard to the legal assertions made, Respondents are not required to respond; to the extent that a response may be required, all remaining allegations in this paragraph are denied.

### IV. Prayer

This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied.

### AFFIRMATIVE DEFENSES

#### FIRST AFFIRMATIVE DEFENSE

It is affirmatively alleged that Petitioner's petition fails to state a claim upon which relief can be granted.

#### SECOND AFFIRMATIVE DEFENSE

It is affirmatively alleged that this Court lacks subject matter jurisdiction over the claims in this Petition. The Secretary of State cannot be prohibited from denying a passport, nor can he be compelled to issue a passport. The issuance of U.S. passports is not a mandatory duty

owed to citizens but rather a discretionary function authorized to the Secretary of State. *Perkins v. Elg*, 307 U.S. 325, 349, 59 S.Ct. 884, 896 (1939)

WHEREFORE, PREMISES CONSIDERED, the Respondents pray that the Petitioner take nothing by his suit, that the suit be dismissed with prejudice, and that the Respondents have such other and further relief to which it may be entitled.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:   (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing:

*RESPONDENTS' ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF*

was mailed via certified mail, return receipt requested to the following:

Ms. Lisa Brodyaga
Attorney at Law
17891 Landrum Park
San Benito, TX 78586

September 4, 2002
Date

NANCY L. MASSO
Assistant United States Attorney