THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

NOV 1 4 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-02-106        DATE & TIME:   11-13-02 AT 2:00 P.M.

LUIS MIGUEL ARRIETA              PLAINTIFF(S)   LISA BRODYAGA
                                 COUNSEL

VS.

COLIN POWELL, UNITED STATES      DEFENDANT(S)   NANCY MASSO
SECRETARY OF STATE, ET AL.       COUNSEL

---

Attorneys Lisa Brodyaga and Nancy Masso appeared in chambers.

Efforts being made to get transcripts from state hearing.

Status conference will be set for February, 2003.