*13*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| LUIS MIGUEL ARRIETA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-106 |
| | § | |
| COLIN POWELL, UNITED STATES | § | |
| SECRETARY OF STATE, ET AL. | § | |

TYPE OF CASE:        __X__ CIVIL                                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                          DATE AND TIME:

**FEBRUARY 7, 2003 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     NOVEMBER 14, 2002

TO:       MS. LISA BRODYAGA
          MS. NANCY MASSO