*14*

United States District Court
Southern District of Texas
FILED

FEB 0 7 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-02-106           DATE & TIME:    02-07-02 AT 1:30 P.M.

LUIS MIGUEL ARRIETA                 PLAINTIFF(S)    LISA BRODYAGA
                                    COUNSEL

VS.

COLIN POWELL, UNITED STATES         DEFENDANT(S)    NANCY MASSO
SECRETARY OF STATE, ET AL.          COUNSEL

---

CSO: Willie Canat
ERO: Rita Nieto

   Lisa Brodyaga and Nancy Masso appeared.

   Depositions have been taken by the government. One more deposition to be taken.

   Status conference to be held in March, 2003.