/5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LUIS MIGUEL ARRIETA | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-106 |
| COLIN POWELL, UNITED STATES SECRETARY OF STATE, ET AL. | § § § | |

TYPE OF CASE:        __X__ CIVIL                                      ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MARCH 28, 2003 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   FEBRUARY 7, 2003

TO:     MS. LISA BRODYAGA
        MS. NANCY MASSO