*16*

United States District Court
Southern District of Texas
FILED

THE HONORABLE JOHN WM. BLACK

MAR 2 8 2003

STATUS CONFERENCE

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-02-106             DATE & TIME:     03-28-03 AT 1:30 P.M.

LUIS MIGUEL ARRIETA                   PLAINTIFF(S)     LISA BRODYAGA
                                      COUNSEL

VS.

COLIN POWELL, UNITED STATES           DEFENDANT(S)     NANCY MASSO
SECRETARY OF STATE, ET AL.            COUNSEL

---

Attorneys Lisa Brodyaga and Nancy Masso appeared in chambers.

Parties are discussing resolutions to this case.

Motion for Summary Judgment by Plaintiff must be filed on or before May 23, 2003.
Response is due by June 27, 2003.
If needed, Plaintiff to respond by July 18, 2003.