```
                UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                      BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

MAY 1 9 2003

Michael N. Milby
Clerk of Court

LUIS MIGUEL ARRIETA, )
    PETITIONER, )
)
v. ) C.A. B-02-106
)
HON. COLIN POWELL, )
    United States Secretary of State. )
        and )
)
UNITED STATES OF AMERICA, )
    RESPONDENTS. )
_____)

**PETITIONER'S UNOPPOSED MOTION TO EXTEND TIME FOR FILING MOTION FOR SUMMARY JUDGMENT**

Luis Miguel Arrieta, ("Mr. Arrieta"), by and through the undersigned, respectfully files the instant the instant, unopposed motion to extend the schedule relating to his motion for summary judgment by a period of six weeks, such that his motion would be due July 7, 2003; the reply of the Government, on August 8, 2003, and Petitioner's response thereto, on August 29, 2003.

The instant motion is based on the fact that the Government has not yet taken a position on Mr. Arrieta's claim. Maintaining the current schedule would entail unnecessary work for all concerned, and increase the costs of the litigation, should they ultimately agree to issue the passport. Nancy Masso, AUSA, has stated that the Government is not opposed to this request.

Respectfully Submitted,

*/s/ Lisa S. Brodyaga*

Lisa S. Brodyaga
Attorney at Law

| | |
|---|---|
| 17891 Landrum Park Road<br>San Benito, TX 78586<br>(956) 421-3226<br>(956) 421-3423 (fax) | Federal Id:  1178<br>Texas State Bar: 03052800 |

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with proposed Order, was mailed, first-class postage prepaid, to the office of Nancy Masso, AUSA, 600 E. Harrison, Brownsville, Texas, this 16th day of May, 2003.

_____