UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 20 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

LUIS MIGUEL ARRIETA,
    PETITIONER,

v.

HON. COLIN POWELL,
    United States Secretary of State.
    and

UNITED STATES OF AMERICA,
    RESPONDENTS.

C.A. B-02-106

ORDER

Upon consideration of Petitioner's unopposed motion to extend the filing schedule for his motion for summary judgment, and good cause appearing therefor:

IT IS HEREBY ORDERED that said motion be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that Petitioner's summary judgment motion shall be due on or before July 7, 2003; the reply of the Government, on or before August 8, 2003, and Petitioner's response thereto, on or before August 29, 2003.

DONE at Brownsville, Texas
this 20TH day of MAY, 2003

_____
JOHN W. BLACK
UNITED STATES MAGISTRATE JUDGE