**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of
FILED

JUN 2 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LUIS MIGUEL ARRIETA, Petitioner, | * * * | |
| vs. | * * | CIVIL ACTION NO. B-02-106 |
| COLIN POWELL, United States Secretary of State, Respondent. | * * * | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Parties herein have entered into a "Stipulation for Compromise Settlement" that resolves all matters in controversy. The parties do not oppose the signing of an order dismissing the case with prejudice that allows the Court to retain jurisdiction to enforce the settlement terms. A proposed Order of Dismissal is attached for the Court's consideration.

Respectfully Submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

6/26/03
DATE

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison Street, No. 201
Brownsville, TX 78520
Tel: (956) 548-2554   Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

### Statement of Conference

On June 25, 2003, I spoke with Plaintiff's attorney, Lisa Brodyaga regarding this Notice of Settlement and the attached proposed order. Ms. Brodyaga indicated that she had no objection to the submission of this Notice or proposed Order of Dismissal.

NANCY L. MASSO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

On June 26, 2003, a copy of this "Notice of Settlement" was mailed via first class mail to Ms. Lisa Brodyaga, attorney for the Plaintiff, at 17891 Landrum Park Road, San Benito, TX 78586.

NANCY L. MASSO
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS MIGUEL ARRIETA,<br>    Petitioner, | *<br>*<br>* | |
| vs. | *<br>* | CIVIL ACTION NO. B-02-106 |
| COLIN POWELL, United States<br>    Secretary of State,<br>    Respondent. | *<br>*<br>* | |

### ORDER OF DISMISSAL

Today, this Court was advised that a "Notice of Settlement" was filed in this action wherein it was indicated that all matters in controversy have been settled.

THEREFORE, IT IS ORDERED, that this lawsuit is hereby DISMISSED, WITH PREJUDICE. Costs are assessed against the party that incurred same.

IT IS FURTHER ORDERED, that this Court will *retain* jurisdiction to enforce the terms of the settlement.

Signed this _____ day of _____, 2003.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE