United States District Court
Southern District of Texas
ENTERED
JUN 3 0 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUN 2 7 2003
Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| LUIS MIGUEL ARRIETA, <br> Petitioner, | * * * | |
| vs. | * * | CIVIL ACTION NO. B-02-106 |
| COLIN POWELL, United States <br> Secretary of State, <br> Respondent. | * * * | |

### ORDER OF DISMISSAL

Today, this Court was advised that a "Notice of Settlement" was filed in this action wherein it was indicated that all matters in controversy have been settled.

THEREFORE, IT IS ORDERED, that this lawsuit is hereby DISMISSED, WITH PREJUDICE. Costs are assessed against the party that incurred same.

IT IS FURTHER ORDERED, that this Court will *retain* jurisdiction to enforce the terms of the settlement.

Signed this 27th day of June, 2003.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE